ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
ROSEANNE GILLETTE, CSBN 251001
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (480) 422-2150
Email: Roseanne.Gillette@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN JAMES WALKER, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-06414-SKO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STRIKE THE CERTIFIED ADMINISTRATIVE RECORD, FILE A CORRECTED CERTIFIED ADMINISTRATIVE RECORD, AND AMEND THE BRIEFING SCHEDULE**<br><br>(Doc. 11) |

Having considered Defendant's Unopposed Motion to Strike the Certified Administrative Record, File a Corrected Certified Administrative Record, and Amend the Briefing Schedule (Doc. 11), and good cause appearing, **IT IS ORDERED** that the Commissioner's Motion is **GRANTED**. The Certified Administrative Record (CAR) filed on October 4, 2026 (Doc. 10) is hereby **STRICKEN**. The Commissioner shall file a corrected CAR **within 14 days** of the date of this Order. Plaintiff shall have **up to and including 30 days** after the corrected CAR is filed to file an opening brief. The Commissioner shall file his responsive brief **within 30 days** after the

date Plaintiff's opening brief is filed. Plaintiff may file a reply brief **within 14 days** of the date the responsive brief is filed.

IT IS SO ORDERED.

Dated: **October 15, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE